FRANK COSGROVE'S CASE.

Bristol.    October 25, 1926. — October 26, 1926.

Present: RUGG, C.J., CROSBY, CARROLL, WAIT, & SANDERSON, JJ.

*Workmen's Compensation Act,* Procedure: appeal, findings by Industrial Accident Board.

In proceedings under the workmen's compensation act, a finding by the Industrial Accident Board affirming and adopting a finding by a single member that it was a matter of conjecture whether an alleged injury of an employee was attributable to or connected with his employment, where the question was one of fact dependent upon the view taken of the testimony, will not be reversed by this court upon an appeal from a decree by the Superior Court dismissing the claim.

CERTIFICATION to the Superior Court, under the provisions of the workmen's compensation act, of a decision by the Industrial Accident Board, described in the opinion.

· *C. H. Cosgrove*, for the claimant.

*W. I. Badger*, for the insurer.

BY THE COURT.    The single member found that it was a matter of conjecture whether the alleged injury of the employee was attributable to or connected with his employment. That finding was adopted and affirmed by the board.    This was a question of fact dependent upon the view taken of the testimony.    It must stand.    *McCarthy's Case*, 231 Mass. 259.    *Pass's Case*, 232 Mass. 515.    The insurer on the record made no binding admission.

                                                  *Decree affirmed.*